**FILED IN**
**4th COURT OF APPEALS**
**SAN ANTONIO, TX**
*12:30 pm, Dec 14, 2016*
**KEITH E. HOTTLE**
**CLERK OF THE COURT**

2016CV04931

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date: 11/2/2016 5:00:01 PM
Accepted By: Enrique Caballero

Deputy Clerk

## CAUSE NO. 2016CV04931

| | | |
|---|---|---|
| The Bank of New York Mellon fka The Bank of New York, As Successor in Interest to JP Morgan Chase Bank, N.A., As Indenture Trustee for the NewCastle Mortgage Securities Trust 2006-1 *Plaintiffs*, | § § § § § § § § § § § § § | IN THE COUNTY COURT  AT LAW NO. 3  BEXAR COUNTY, TEXAS |
| v. | | |
| **James Ramirez and All Occupants** Defendant | | |

### NOTICE OF APPEAL

On October 14, 2016 came to be heard the above entitled and numbered cause. After hearing and considering pleadings, evidence and argument, the Court found that the Plaintiff is entitled to judgment. The Defendant hereby requests to appeal the judgment of this court to the Fourth Court of Appeals of Texas.

Respectfully submitted,

/s/ James Minerve

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(888) 819-1440 Office
(210) 336-5867 Direct
(888) 230-6397 Fax
jgminerve@aol.com
Attorney for Defendant **James Ramirez**

73

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent to the following in accordance with the Texas Rules of Civil Procedure on this 24th day of October 2016:

VIA FAX: 972-247-0642

Christopher Ferguson
Jack O'Boyle & Associates
P.O.Box 8153699
Dallas, Texas 75381
T: 972-247-0653
F: 972-247-0642
E: chris@jackoboyle.com

/s/ James Minerve

_____
James Minerve